# Court of Appeals
# of the State of Georgia

ATLANTA,  January 06, 2016

*The Court of Appeals hereby passes the following order:*

**A16I0098.  BENSON F. SMITH v. COMMUNITY & SOUTHERN BANK.**

Benson F. Smith filed this application for interlocutory appeal, challenging the trial court's order denying his renewed motion to dismiss counterclaims, or in the alternative, motion for summary judgment.  We lack jurisdiction because Smith's application is untimely.

Pursuant to OCGA § 5-6-34 (b), a party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had.  Smith obtained a timely certificate of immediate review. However, OCGA § 5-6-34 (b), also mandates the filing of the interlocutory application within ten days after entry of the certificate of immediate review.  The trial court entered its order on December 1, 2015, and certified its order for immediate review on December 3, 2015.  Smith filed his application on December 15, 2015, 12 days after the entry of the certificate of immediate review. Accordingly, this application is untimely and is therefore *DISMISSED* for lack of jurisdiction.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  01/06/2016
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*